UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LYNNE STROMBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, MORGAN STANLEY PRIVATE BANK, N.A., RBS CITIZENS, N.A., and DOE DEFENDANTS 1-50,<br><br>Defendants. | No.: 5:15-cv-04719-JST<br><br>**[PROPOSED] ORDER** |

The Court, having considered the parties' Stipulation Requesting An Order For a Continuance of The Case Management Conference and Related Deadlines, ORDERS as follows:

1. The Case Management Conference currently scheduled for April 26, 2017 is CONTINUED until Ygfpgufc{."Lwpg"43."4239"cv"4-22ro ; and
2. The parties' deadline of April 17, 2016 for filing a Joint Case Management Statement is VACATED; and
3. The parties are directed to file a Joint Case Management Statement at least ten days before the date of the new Case Management Conference.

Dated: April 12, 2017

_____
JON S. TIGAR
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO