MORGAN, LEWIS & BOCKIUS LLP
Lucy Wang (SBN 257771)
lucy.wang@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

Jason R. Scherr (*admitted pro hac vice*)
jr.scherr@morganlewis.com
Patrick A. Harvey (*admitted pro hac vice*)
patrick.harvey@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

Attorneys for Defendant
MORGAN STANLEY PRIVATE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LYNNE STROMBERG, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, MORGAN STANLEY PRIVATE BANK, N.A., RBS CITIZENS, N.A., DOE DEFENDANTS 1-50,<br><br>Defendants. | No.: 3:15-cv-04719-JST<br><br>**STIPULATION FOR COUNSEL FOR MORGAN STANLEY PRIVATE BANK, N.A. TO APPEAR TELEPHONICALLY AT MARCH 15, 2018 HEARING** |

Pursuant to Civil Local Rule 7-12, and this Court's Standing Order for All Civil Cases, Defendant Morgan Stanley Private Bank, N.A. ("MSPBNA"), with the consent of all other parties in this action, hereby submit this stipulation and request for an order allowing counsel for MSPBNA to appear telephonically at the hearing scheduled for March 15, 2018 at 2:00 p.m. regarding Plaintiff Bonnie Lynne Stromberg's Motion for Additional Discovery Pursuant to Fed. R. Civ. P. 56(d) (ECF No. 169) ("Plaintiff's Motion").

1     WHEREAS, on March 1, 2018 the Court vacated the hearing regarding Plaintiff's Motion previously scheduled for March 15, 2018, finding that the matter was "suitable for disposition without oral argument." (ECF No. 186)

    WHEREAS, on March 13, 2018, the parties were informed that the Court would now like to hear argument on Plaintiff's Motion.

    WHEREAS, upon hearing the availability of the parties, the Court subsequently re-scheduled the hearing on Plaintiff's Motion for March 15, 2018 at 2:00 p.m. (ECF No. 195)

    WHEREAS, it was not possible to make a request to appear telephonically at least seven calendar days prior to the scheduled appearance because the hearing was not re-scheduled until March 14, 2018.

    WHEREAS, lead counsel for MSPBNA is based out of Washington, D.C., making last minute travel to San Francisco difficult.

    WHEREAS, Plaintiff's Motion is not directed toward MSPBNA, and therefore counsel for MSPBNA intends to listen in to the argument and does not expect to make any significant arguments during the hearing.

    NOW THEREFORE, the Parties hereby STIPULATE and AGREE, subject to approval of the Court, that counsel for MSPBNA shall be permitted to appear telephonically at the hearing on Plaintiff's Motion on March 15, 2018.

**IT IS SO STIPULATED.**

Dated: March 14, 2018            **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**

By: */s/ Mark T. Johnson*
    Todd M. Schneider (Bar No. 158253)
    Mark T. Johnson (Bar No. 76904)
    Kyle G. Bates (Bar No. 299114)
    2000 Powell Street, Suite 1400
    Emeryville, CA 94608
    Telephone: 415-421-7100
    Facsimile: 415-421-7105
    E-mail: tschneider@schneiderwallace.com
    E-mail: mjohnson@schneiderwallace.com

E-mail: kbates@schneiderwallace.com

*-and-*

**BERGER & MONTAGUE, P.C.**
Eric Lechtzin (Bar No. 248958)
Todd S. Collins (*Pro Hac Vice*)
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4613
E-mail: tcollins@bm.net
E-mail: elechtzin@bm.net

*-and-*

**KLAFTER OLSEN & LESSER LLP**
Seth R. Lesser (*Pro Hac Vice*)
Two International Drive
Suite 350
Rye Brook, NY 10573
Telephone: 914 934 9200
Facsimile: 914 934 9220
Kurt B. Olsen (*Pro Hac Vice*)
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
Telephone: (202) 261-3553
Facsimile: (202) 261-3533

*-and-*

**NATIONAL CONSUMER LAW CENTER**
Charles Delbaum (*Pro Hac Vice*)
Stuart Rossman (*Pro Hac Vice*)
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone: 617-542-8010
Facsimile: 617-542-8033
E-mail: cdelbaum@nclc.org
E-mail: srossman@nclc.org

*Counsel for Plaintiff Bonnie Lynne Stromberg*

**MORGAN LEWIS AND BOCKIUS, LLP**

By: */s/ Jason R. Scherr*
Lucy Wang (SBN 257771)
One Market, Spear Street Tower

3

| | |
|---|---|
| 1 | San Francisco, CA 94105-1596 |
| 2 | Tel:  (415) 442-1000 |
|   | Fax:  (415) 442-1001 |
| 3 | E-mail:  lucy.wang@morganlewis.com |
| 4 | *-and-* |
| 5 | Jason R. Scherr (admitted pro hac vice) |
|   | Patrick A. Harvey (admitted pro hac vice) |
| 6 | 2020 K Street, NW |
| 7 | Washington, DC 20006-1806 |
|   | Tel:  (202) 739-3000 |
| 8 | Fax:  (202) 739-3001 |
|   | E-mail: jr.scherr@morganlewis.com |
| 9 | patrick.harvey@morganlewis.com |
| 10 | *Counsel for Defendant* |
| 11 | *Morgan Stanley Private Bank, N.A.* |
| 12 | **SEVERSON AND WERSON** |
| 13 | By:  */s/ Michael J. Steiner* |
| 14 | _____ |
|    | John B. Sullivan |
| 15 | Michael J. Steiner |
|    | Joseph W. Guzzetta |
| 16 | Mark Douglas Lonergan |
|    | One Embarcadero Center |
| 17 | San Francisco, CA 94111 |
| 18 | Telephone:  (415) 398-3344 |
|    | E-mail: jbs@severson.com |
| 19 | mjs@serverson.com |
|    | jwg@severson.com |
| 20 | mdl@severson.com |
| 21 | *Counsel for Defendants Ocwen Loan Servicing,* |
| 22 | *LLC and Citizens Bank (sued herein as "RBS* |
|    | *Citizens, N.A.")* |
| 23 | |
| 24 | **PURSUANT TO STIPULATION, IT IS SO ORDERED** |
| 25 | |
| 26 | Dated: March  14, 2018    _____ |
|    | JON S. TIGAR |
| 27 | United States District Judge |
| 28 | |

## **ATTESTATION**

I, Jason R. Scherr, am the CM/ECF user whose ID and password are being used to file this stipulation and attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                        */s/ Jason R. Scherr*
                        Jason R. Scherr

5
STIPULATION REQUESTING TELEPHONIC APPEARANCE AT MARCH 15, 2018 HEARING
3:15-CV-04719-JST