| | |
|---|---|
| TODD M. SCHNEIDER (BAR NO. 158253) | |
| MARK T. JOHNSON (BAR NO. 76904) | |
| KYLE G. BATES (BAR NO. 299114) | |
| **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** | |
| 2000 Powell Street, Suite 1400 | |
| Emeryville, CA 94608 | |
| Telephone: 415-421-7100 | |
| Facsimile: 415-421-7105 | |
| E-mail: tschneider@schneiderwallace.com | |
| E-mail: mjohnson@schneiderwallace.co | |

Counsel for Plaintiff Bonnie Stromberg
(additional counsel listed on signature page)

| | |
|---|---|
| **SEVERSON & WERSON, P.C.** | **MORGAN LEWIS AND BOCKIUS, LLP** |
| MICHAEL J. STEINER (SBN 112079) | LUCY WANG (SBN 257771) |
| mjs@severson.com | lucy.wang@morganlewis.com |
| JOSEPH W. GUZZETTA (SBN 233560) | One Market, Spear Street Tower |
| jwg@severson.com | San Francisco, CA 94105-1596 |
| One Embarcadero Center, Suite 2600 | Telephone: 415.442.1000 |
| San Francisco, California 94111 | Facsimile: 415.442.1001 |
| Telephone: (415) 398-3344 | |
| Facsimile: (415) 956-0439 | |
| Counsel for Defendant | Counsel for Defendant MORGAN STANLEY |
| OCWEN LOAN SERVICING, LLC AND | PRIVATE BANK, N.A. |
| CITIZENS BANK | (additional counsel listed on signature page) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE LYNNE STROMBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, MORGAN STANLEY PRIVATE BANK, N.A., RBS CITIZENS, N.A., DOE DEFENDANTS 1-50,<br><br>Defendants. | CASE NO. 3:15-CV-04719-JST<br><br>**STIPULATION AND PROPOSED ORDER RE MODIFICATION OF DEADLINE FOR CLASS CERTIFICATION MOTION AND BRIEFING SCHEDULE** |

| | |
|---|---|
| 1 | Plaintiff Bonnie Lynne Stromberg hereby submits this Stipulation and request for an Order modifying the current case schedule by vacating the current deadline of May 16, 2018 by which Plaintiff is required to file her motion for class certification and the accompanying briefing schedule set forth in the Court's Order of July 26, 2017 (ECF 120), and setting a new deadline and briefing schedule for the class certification motion that is tied to the date on which the Court issues an Order on the pending summary judgment motion filed by Defendant Ocwen Loan Servicing, Inc. ("Ocwen"). In support of this request, Plaintiff states, and the parties stipulate, as follows: |
| 8 | WHEREAS, the current Scheduling Order requires that Plaintiff file her class certification motion by May 16, 2028, with oppositions to the motion due by June 18, 2018 and replies by July 16, 2018; |
| 11 | WHEREAS, it was anticipated at the time the current Scheduling Order was entered that early motions for summary judgment would be resolved before the deadline for filing the class certification motion; |
| 14 | WHEREAS, the briefing schedule and the resolution of the pending summary judgment motion filed by Ocwen has been delayed by Plaintiff's request for additional discovery and the Court's Order granting Plaintiff's motion pursuant to Fed. R. Civ. P. 56(d); |
| 17 | WHEREAS, Plaintiff and Ocwen believe that efficient management of the case would be served by resolution of Ocwen's summary judgment motion prior to class certification briefing; and Plaintiff believes that certain discovery is relevant to the class certification motion, and that discovery will not be available to Plaintiff on a motion to compel until after a ruling on Ocwen's motion for summary judgment; and |
| 22 | WHEREAS, Plaintiff, Ocwen, and Citizens Bank, N.A. desire and consent to having the deadline for filing the class certification motion moved to the date that is 30 days after the date on which this Court enters an order on Ocwen's motion for summary judgment, with Defendants' oppositions due thirty days after the filing of the motion and Plaintiff's reply due thirty (30) days after the opposition; |
| 27 | WHEREAS, Defendant Morgan Stanley Private Bank, N.A. has agreed not to oppose this request; |

THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, as follows: The Scheduling Order of July 26, 2017, ECF 120, is hereby vacated with respect to the due date for the class certification motion and the opposition and reply briefs on that motion;

1. Plaintiff's deadline for filing a motion for class certification is thirty (30) days after the Court issues an order ruling on the merits of Ocwen's pending Motion for Summary Judgment (ECF 167).

2. Oppositions to the motion are due thirty (30) days after the motion is filed and replies thirty (30) days thereafter.

3. All other aspects of the Court's Scheduling Order entered on July 26, 2017 remain in effect.

SO STIPULATED

Dated: May 7, 2018

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**

By:     /s/ *Mark T. Johnson*
Todd M. Schneider (Bar No. 158253)
Mark T. Johnson (Bar No. 76904)
Kyle G. Bates (Bar No. 299114)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: 415-421-7100
Facsimile: 415-421-7105
E-mail: tschneider@schneiderwallace.com
E-mail: mjohnson@schneiderwallace.com
E-mail: kbates@schneiderwallace.com

*Counsel for Plaintiff Bonnie Lynne Stromberg*

**SEVERSON & WERSON, P.C.**

By:     */s/ Michael J. Steiner*
Michael J. Steiner (SBN 112079)
Joseph W. Guzzetta (SBN 233560)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: mjs@severson.com
        jwg@severson.com

*Counsel for Defendants*
*Ocwen Loan Servicing, LLC and*
*Citizens Bank (sued herein as RBS Citizens, N.A.)*

**MORGAN LEWIS AND BOCKIUS, LLP**

By: _____/s/ Patrick A. Harvey_____
Jason R. Scherr (admitted pro hac vice)
Patrick A. Harvey (admitted pro hac vice)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
E-mail: jr.scherr@morganlewis.com
           patrick.harvey@morganlewis.com

*Counsel for Defendant*
*Morgan Stanley Private Bank, N.A.*

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May  8 , 2018

_____
Jon S. Tigar
United States District Judge

---

STIPULATION AND ~~PROPOSED~~ ORDER RE CLASS CERTIFICATION MOTION
CASE NO. 5:15-CV-04719-JST

3

## ATTESTATION

I, Mark Johnson, am the CM/ECF user whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. I hereby attest that all above-named Plaintiff's counsel and Defendant's counsel have concurred in this filing.

Dated: May 8, 2018          **SCHNEIDER WALLACE COTTRELL**
                            **KONECKY WOTKYNS LLP**


By: _____*/s/ Mark T. Johnson*_____
  Mark T. Johnson
  *Counsel for Plaintiff Bonnie Lynn Stromberg*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

_____*/s/ Mark T. Johnson*_____
  Mark T. Johnson
  *Counsel for Plaintiff Bonnie Lynn Stromberg*