UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LYNNE STROMBERG, <br> Plaintiff, <br> v. <br> OCWEN LOAN SERVICING, LLC, et al., <br> Defendant. | Case No. 15-cv-04719-JST <br> **ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE** <br> Re: ECF No. 236 |

The Court hereby GRANTS Defendant Morgan Stanley Private Bank, N.A.'s request to appear by telephone at the hearing scheduled for April 18, 2019 at 2:00 P.M. Not less than twenty-four hours before the hearing, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the hearing.

**IT IS SO ORDERED.**

Dated: April 10, 2019



JON S. TIGAR
United States District Judge